**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *McCarthy v. Lee*, **Slip Opinion No. 2023-Ohio-4699.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-4699

MCCARTHY ET AL., APPELLEES, *v.* LEE ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *McCarthy v. Lee*, Slip Opinion No. 2023-Ohio-4699.]**

*Court of appeals' judgment reversed on the authority of* Everhart v. Coshocton Cty. Mem. Hosp.

(Nos. 2022-0717 and 2022-0718—Submitted December 20, 2023—Decided December 28, 2023.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 21AP-105, 2022-Ohio-1033.

_____

{¶ 1} The judgment of the Tenth District Court of Appeals is reversed on the authority of *Everhart v. Coshocton Cty. Mem. Hosp.*, __ Ohio St.3d __, 2023-Ohio-4670, __ N.E.3d __.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and DETERS, JJ., concur.

BRUNNER, J., dissents for the reasons set forth in her dissenting opinion in *Everhart*.

_____

Beausay & Nichols Law Firm, T. Jeffrey Beausay, and Sara C. Nichols, for appellees, Kathleen McCarthy (deceased) and Brett McCarthy.

FisherBroyles, L.L.P., Michael R. Traven, and Robert B. Graziano, for appellants, Peter K. Lee, M.D., OhioHealth Colon and Rectal Surgeons, and OhioHealth Physicians Group, Inc.

_____